Joseph N. Froehlich (044 921 996)
LOCKE LORD LLP
Brookfield Place
200 Vesey Street, 20th Floor
New York, NY 10281-2101
Telephone: 212-415-8600
Fax: 212-303-2754
Email: JFroehlich@lockelord.com

*Attorneys for Defendant Selene Finance LP*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| LUIS DIAZ, on behalf of himself and all others similarly situated,<br><br>Plaintiff(s),<br><br>-against-<br><br>SELENE FINANCE LP; and JOHN DOES 1-25,<br><br>Defendant(s). | Civil Action No. 2:23-CV-03798-SDW-AME<br><br>**NOTICE OF DEFENDANT SELENE FINANCE LP'S MOTION TO DISMISS THE CLASS ACTION COMPLAINT**<br><br>**Electronically filed**<br><br><u>**Motion Day: March 4, 2024**</u><br><br>**ORAL ARGUMENT REQUESTED** |

**TO:** Clerk of Court
United States District Court for the District of New Jersey

**PLEASE TAKE NOTICE** that on Monday, March 4, 2024, or as soon thereafter as counsel may be heard, the undersigned counsel for Defendant Selene Finance LP, will move this Court before the Honorable Susan D. Wigenton, U.S.D.J., at the Martin Luther King Building & U.S. Courthouse located at 50 Walnut Street, Newark, New Jersey 07102, for an Order dismissing the Class Action Complaint of Plaintiff Luis Diaz pursuant to Fed. R. Civ. P. 12(b)(6), and granting

136348286v.1

such other and further relief as the Court deems just and proper.

**PLEASE TAKE FURTHER NOTICE** that in support of the Motion to Dismiss, Defendant will rely on the accompanying Memorandum of Law and Declaration.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order is submitted for the Court's consideration.

**PLEASE TAKE FURTHER NOTICE** that Defendant requests oral argument.

Date:  February 6, 2024

|   |   |
|---|---|
|   | By:   /s/ *Joseph N. Froehlich*<br>Joseph N. Froehlich |

**WITH NOTICE TO:**
JONES, WOLF & KAPASI, LLC
Joseph K. Jones, Esq.
375 Passaic Avenue, Suite 100
Fairfield, New Jersey 07004
*Counsel for Plaintiff Luis Diaz*

136348286v.1

## **CERTIFICATE OF SERVICE**

      I, Joseph N. Froehlich, hereby certify that on February 6, 2024 a copy of this motion and all accompanying papers were served upon all counsel registered to appear in this matter via the Court's ECF system.

Dated: February 6, 2024

                                                           /s/ *Joseph N. Froehlich*
                                                           Joseph N. Froehlich