UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| LUIS DIAZ,<br><br>Plaintiff,<br><br>-against-<br><br>SELENE FINANCE, LP.<br><br>Defendant. | Civil Case Number: 2:23-cv-03798<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

**PLEASE TAKE NOTICE** that the Plaintiff through his attorney, Benjamin J. Wolf, Esq., pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, does hereby withdraw this action with prejudice against SELENE FINANCE, L.P

Dated: March 15, 2024

 /s/ Benjamin J. Wolf
Benjamin J. Wolf, Esq.
JONES, WOLF & KAPASI, LLC
375 Passaic Avenue, Suite 100
Fairfield, New Jersey 07004
(973) 227 5900 telephone
(973) 244 0019 facsimile
bwolf@legaljones.com
*Attorney for Plaintiff*

SO ORDERED.

[signature]

Hon. Susan D. Wigenton
United States District Judge
Dated: March 18, 2024